UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Holly Shook, as Administratrix of the Estate of Robert Shook,<br><br>Plaintiff,<br><br>vs.<br><br>Alonzo E. Adams, as Personal Representative of the Estate of Phillip Matthew Adams,<br><br>Defendant. | C.A. No. 0:21-cv-02204-MGL<br><br>**COMPLAINT**<br>**(WRONGFUL DEATH AND SURVIVAL)**<br><br>**(JURY TRIAL DEMANDED)** |

**TO THE DEFENDANT ABOVE-NAMED:**

The Plaintiff, Holly Shook, as Personal Representative of the Estate of Robert Shook, complaining of the Defendant herein, does respectfully allege as follows:

**PARTIES**

1. The Plaintiff, Holly Shook, is a resident and citizen of the County of Gaston, State of North Carolina and is the duly appointed Administratrix of the Estate of Robert Shook, deceased. She brings this action on behalf of the Estate of Robert Shook for damages recoverable pursuant to §15-5-90, *S.C. Code Ann*. and for damages recoverable by the statutory beneficiaries of Robert Shook, pursuant to §15-51-10, *et seq., S.C. Code Ann.*

2. The Plaintiff is informed and believes that the Defendant Alonzo E. Adams is the duly appointed Personal Representative of the Estate of Phillip Matthew Adams. She is further informed and believes that the Defendant is a resident and citizen of the County of York, State of South Carolina, where the Estate of the decedent Phillip Matthew Adams, Jr. is filed.

## JURISDICTION AND VENUE

3. Venue is proper in this Judicial District and the Rock Hill Division pursuant to Local Rule 3.01 DSC and 28 U.S.C. § 1391 (b)(2) because the events giving rise to this case occurred in York County, South Carolina and within this Division.

4. Plaintiff has suffered damages which exceed $75,000.00, exclusive of interest and costs.

5. This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. §1332 and other applicable law, as the citizenship of the Plaintiff is diverse from the citizenship of the Defendant and the amount in controversy exceeds the sum of $75,000.00.

## GENERAL FACTUAL ALLEGATIONS

6. On April 7, 2021, decedent Robert Shook was servicing a heating and air conditioning system located at 4456 Marshall Road in Rock Hill, South Carolina.

7. At approximately 4:30 p.m., decedent Phillip Matthew Adams approached the residence in possession of a firearm.

8. At such time and place, decedent Phillip Matthew Adams discharged the firearm and decedent Robert Shook received multiple gunshot wounds.

9. Robert Shook was transported by EMS and died later that day from his wounds.

10. Plaintiff is informed and believe that Phillip Matthew Adams later died of a self-inflicted gunshot wound.

11. Robert Shook is survived by his widow, Holly Shook, and their three children ages 7, 13, and 18.

**FOR A FIRST CAUSE OF ACTION**
**(Wrongful Death - §15-51-10, *et seq.*, *S.C. Code Ann.*)**

12.     The Plaintiff realleges and reiterates paragraphs 1 through 11 as fully as if set forth herein verbatim.

13.     The Plaintiff is informed and believes that Defendant's decedent discharged a firearm multiple times while on the premises of 4456 Marshall Road in Rock Hill, South Carolina, through which wrongful acts decedent Robert Shook sustained fatal injuries.

14.     As a direct and proximate result of the wrongful acts of Defendant's decedent, Phillip Matthew Adams, as aforesaid, Plaintiff's decedent, Robert Shook, died from multiple gunshot wounds, by virtue of which Plaintiff's decedent's statutory beneficiaries have lost the aid, comfort, support, care, companionship and society of the decedent, Robert Shook, their beloved husband and father, and have suffered severe and extreme emotional distress, anxiety, grief and sorrow, for which the Plaintiff is entitled to recover on behalf of the statutory beneficiaries pursuant to §15-51-10, *et seq.*, *S.C. Code Ann.*, actual and punitive damages in an amount to be determined by the jury at the trial of this action.

**FOR A SECOND CAUSE OF ACTION**
**(Survivorship Action §15-5-90, *S.C. Code Ann*)**

15.     The Plaintiff realleges and reiterates paragraphs 1 through 14 as fully as if set forth herein verbatim.

16.     As a direct and proximate result of the wrongful acts of Defendant's decedent, Phillip Matthew Adams, the Plaintiff's decedent, Robert Shook, suffered severe and extreme conscious pain and suffering and emotional distress, fear and mental suffering in the time period preceding his death, and incurred medical expenses, for which the Plaintiff's decedent's Estate is

entitled, pursuant to §15-5-90, *S.C. Code Ann.*, to actual and punitive damages, in an amount to be determined by the jury at the trial of this action.

WHEREFORE, Plaintiff respectfully prays for judgment against the Defendant for actual and punitive damages in an amount to be determined by the jury at the trial of this action, for the costs and disbursements of this action, and for such other and further relief as this Court may deem just and proper.

<div style="margin-left:40%">

s/Cheryl F. Perkins
Cheryl F. Perkins, Fed. ID # 4969
John Eric Fulda, Fed. ID #7328
Charles W. Whetstone, Jr., Fed. ID #4604
WHETSTONE, PERKINS & FULDA, LLC
Post Office Box 8086
601 Devine Street (29201)
Columbia, South Carolina 29202
cperkins@attorneyssc.com
jfulda@attorneyssc.com
cwhetstone@attorneyssc.com
Phone (803) 799-9400
Facsimile (803)799-2017


Mona Lisa Wallace, Fed. ID. #7216
WALLACE & GRAHAM
525 N. Main Street
Salisbury, North Carolina 28144
mwallace@wallacegraham.com
Phone (704) 633-5244

ATTORNEYS FOR THE PLAINTIFF

</div>

Columbia, South Carolina
July 20, 2021
JURY TRIAL DEMANDED