# WHETSTONE PERKINS & FULDA, LLC

ATTORNEYS AND COUNSELORS AT LAW

CHARLES W. WHETSTONE, JR.
CHERYL F. PERKINS
JOHN ERIC FULDA

M. DUANE SHULER
JOHN L. BREEDEN, JR.
M. AMANDA SHULER
CHARLES W. WHETSTONE, III
JAMES E. BROGDON, III
KATE W. USRY
JAMES E. BROGDON, JR.

OF COUNSEL
PALMER FREEMAN, JR.

P.O. BOX 8086
COLUMBIA, SOUTH CAROLINA 29202

601 DEVINE STREET
IN THE VISTA
COLUMBIA, SOUTH CAROLINA 29201

TELEPHONE (803) 799-9400
FAX (803) 799-2017
WWW.ATTORNEYSSC.COM
FIRM@ATTORNEYSSC.COM

KINGSTREE
M. DUANE SHULER
M. AMANDA SHULER
112 N. JACKSON STREET
P.O. BOX 980
KINGSTREE, SC 29556
(843) 355-2800
FAX (843) 355-2802

MYRTLE BEACH
JOHN L. BREEDEN, JR.
905 2ND AVE. NORTH
N. MYRTLE BEACH, SC 29582
(843) 251-7339

December 1, 2021

*Via Electronic Mail - Lewis_ecf@scd.uscourts.gov*
The Honorable Mary Geiger Lewis
United States District Court
901 Richland Street
Columbia, SC 29201

      RE:    Holly Shook, as Administratrix of the Estate of Robert Shook v. Alonzo E. Adams, as Administrator of the Estate of Phillip Matthew Adams
             Case No.: 0:21-cv-02204-MGL

Dear Judge Lewis:

      This correspondence is in accordance with the Court's request for monthly status reports in the above matter.

      During the previous 30 days, Plaintiff's counsel was able to secure signed authorizations for medical and other records from Defendant Alonzo Adams, as Personal Representative, in order to request records from medical providers of Phillip Matthew Adams. Authorizations were also provided to secure records from the NFL and various sports teams. Plaintiff's counsel has sent out approximately 13 records requests to date. We have followed up with Mr. Adams to secure an additional signed authorization for a medical provider who was not previously known. Plaintiff's counsel has also requested records and information from the CTE brain study at Boston University to which Phillip Adam's brain was donated.

      Plaintiff's counsel has hired private investigators in both North Carolina and South Carolina to track down information concerning Phillip Adam's procurement of the gun used in the events of April 7, 2021.

If the Court has any questions or concerns, please do not hesitate to contact me.

With best regards, I am

            Very truly yours,

            *s/ Charles W. Whetstone, Jr.*

            Charles W. Whetstone, Jr.

CWW:ssk
cc:  Mona Lisa Wallace, Esquire
   Alonzo Adams c/o Keith Martens, Esquire